# EXHIBIT 2

| | | |
|---|---|---|
| BEL AIR AUTO AUCTION, INC. <br> 4805 Philadelphia Road <br> Belcamp, MD  21017 | * <br><br> * | IN THE <br><br> CIRCUIT COURT |
| Plaintiff, | * | FOR |
| v. | * | HARFORD COUNTY |
| CHUBB LIMITED <br> c/o Chubb Group of Insurance Companies <br> 202B Hall's Mill Road <br> Whitehouse Station, NJ  08889 | * <br><br> * <br><br> * | C-12-CV-20-000596 <br> Case No.: _____ |
| SERVE ON: <br> Maryland Insurance Administration <br> 200 St. Paul Place, Suite 2700 <br> Baltimore, MD  21202 | * <br><br> * <br><br> * | |
| And | * | |
| GREAT NORTHERN INSURANCE COMPANY <br> 100 S. 5th Street Ste. 1800 <br> Minneapolis, Minnesota 55402-1255 | * <br><br> * <br><br> * | |
| SERVE ON: <br> Maryland Insurance Administration <br> 200 St. Paul Place, Suite 2700 <br> Baltimore, MD  21202 | * <br><br> * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEMAND FOR JURY TRIAL

Plaintiff, Bel Air Auto Auction, Inc., demands a jury trial against all Defendants in the above-captioned matter.

Date:  August 26, 2020          */s/ Lawrence J. Gebhardt*
Lawrence J. Gebhardt
CPF No. 7212010082
Gregory L. Arbogast
CPF No. 1012140026
George B. Cunningham
CPF No. 1712130121
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland  21202
(410) 385-5100

Attorneys for Plaintiff,
Bel Air Auto Auction, Inc.

2